IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.F., through his parents R.F. and E.F., of Coopersburg, PA, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 18-1756 |
| v. | : : | |
| SOUTHERN LEHIGH SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of August, 2019, after considering: (1) the motion for judgment on the administrative record filed by the plaintiffs (Doc. No. 9); (2) the defendant's response in opposition (Doc. No. 10); (3) the plaintiffs' reply brief in support (Doc. No. 11); and (4) the administrative record (Doc. No. 3); and after oral argument on December 4, 2018 (Doc. No. 12); accordingly, it is hereby **ORDERED** that the plaintiffs' motion for judgment on the administrative record (Doc. No. 9) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.